**Order entered December 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00940-CV

**FIVE STAR GLOBAL, LLC, ET AL., Appellants**

**V.**

**MARK HULME, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08643**

## ORDER

Before the Court is appellants' December 16, 2020 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **January 11, 2021**.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE